Case 1:24-mj-00765-ADC   Document 1-1   Filed 03/28/24   Page 1 of 4

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

1:40 pm, Mar 28 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.M.___ Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN THE MATTER OF A CRIMINAL COMPLAINT** | Case No. _____24-765-ADC_____ |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Melissa Draper of the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION

1. This Affidavit is submitted in support of a Criminal Complaint charging Taquil DAVIS with possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g) (the **"SUBJECT OFFENSE"**).

2. I am an "investigative or law enforcement officer . . . of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been a Special Agent ("SA") with the FBI since January 2018. I am currently assigned to the Safe Streets Violent Gang Task Force. I have participated in numerous investigations into illegal firearms trafficking, possession of firearms by prohibited individuals, and the distribution of controlled dangerous substances ("CDS"). While conducting and participating in these investigations, I have prepared and executed multiple federal and state search warrants resulting in the seizure of narcotics, contraband, firearms, and the proceeds and assets of illicit activities. I have conducted covert surveillance of suspected CDS and firearms traffickers, interviewed individuals involved in gangs and the CDS trafficking trade, and participated in Title III wiretap investigations as a monitor and member of surveillance teams.

3. The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers and (d) the training and experience of myself and other law enforcement agents and officers.

4. This Affidavit is made for the limited purpose of establishing probable cause in support of a Criminal Complaint and contains only a summary of relevant facts. I have not included every fact known to me concerning the entities, individuals, and the events described in this Affidavit, but I do not believe I have omitted any information that would have a tendency to defeat a showing of probable cause.

## **PROBABLE CAUSE**

5. On October 6, 2023, at approximately 6:00a.m., agents of the FBI and officers of the Baltimore Police Department ("BPD") executed a federal search and seizure warrant at 2443 E. Biddle Street, Baltimore, Maryland (the "TARGET RESIDENCE"). Taquil DAVIS, Kiya CRAWFORD, Jamie LAWHORN, and Lakiya JACKSON were present inside the residence at the time FBI executed the warrant.

6. After the residence was secured an officer provided DAVIS, CRAWFORD, LAWHORN and JACKSON their *Miranda* warnings. All four individuals, including DAVIS, acknowledged they understood their rights. The officer then asked if there were any weapons in the house. DAVIS stated that there were two firearms in the upstairs front bedroom. LAWHORN told the officers that there was another firearm in the basement bedroom.

7. Investigators then searched the front upstairs bedroom and recovered from the top drawer of the bedside dresser, a Glock 23, .40 caliber, semi-automatic pistol with serial number BXHP204, loaded with twenty-two rounds of .40 caliber ammunition. On the floor of the

bedroom next to the dresser investigators found a backpack which contained: a Mini Draco, AK-47 style, semi-automatic pistol, serial number PE-4519-2018 RO; an AK-47 drum magazine loaded with forty-five rounds of 7.62x39 caliber ammunition; and a black rifle magazine loaded with twenty-nine rounds of 7.62x39 caliber ammunition. In the bedroom investigators also found men's clothes which investigators believe belonged to DAVIS.

8. Investigators searched the basement bedroom, believed to be used by Jamie LAWHORN, and recovered a 9mm pistol from a dresser drawer.

9. The Glock 23, .40 caliber pistol was tested fired and found to be an operable firearm. Investigators examined the Mini-Draco pistol at the scene and determined that it was in fact a firearm. An ATF nexus expert was consulted and reported that both the Glock 23 pistol and the .40 caliber ammunition were manufactured outside the state of Maryland. The nexus expert similarly reported that the Mini-Draco pistol and the 7.62 ammunition recovered were manufactured outside the state of Maryland.

10. Based on a review of DAVIS's criminal record, it appears that DAVIS was previously convicted of a crime punishable by more that one year imprisonment and that he served more than one year imprisonment. Accordingly, I believe DAVIS was aware that he had previously been convicted of a crime punishable by more than one year imprisonment.

## CONCLUSION

11. Based on the foregoing, I submit that there is probable cause to believe that on October 6, 2023, Taquil DAVIS possessed a firearm and ammunition after a prior felony conviction in violation of 18 U.S.C. § 922(g).

WHEREFORE, in consideration of the facts presented, I respectfully request that this Court issue an arrest warrant for Taquil DAVIS.

_____
Melissa Draper
Special Agent, FBI

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41 this 28th day of March 2024.

*A. David Copperthite*
Honorable A. David Copperthite
United States Magistrate Judge